UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ALLEGHENY PROPERTY HOLDINGS, INC.,                    Civil Action No:

                              Plaintiff,
                                                         **NOTICE OF REMOVAL**
      - against -

UNITED SPECIALTY INSURANCE COMPANY,

                              Defendants.
------------------------------------------------------------------------x

        Defendant, UNITED SPECIALTY INSURANCE COMPANY, by its attorneys, Zelle LLP, respectfully allege as follows:

        1.      On October 11, 2021, Plaintiff, Allegheny Property Holdings, Inc., sued United Specialty Insurance Company in New York Supreme Court Chautauqua County by Summons and Complaint. Annexed as **Exhibit 1** is a copy of the Summons and Complaint.

        2.      Thereafter, Plaintiff served the Superintendent of Insurance who forwarded the Summons and Complaint to United Specialty Insurance Company by mail on February 15, 2022. Annexed as **Exhibit 2** is a copy of the Acknowledgement of Service from the Department of Insurance.

        3.      United Specialty Insurance Company first received a copy of the Complaint around approximately two weeks later.

        4.      The instant removal is timely as it is filed within 30 days of Defendant's receipt of the Summons and Complaint. 28 U.S.C. § 1446(b)(1); *Medina v. Wal-Mart Stores, Inc.*, 945 F.Supp. 519 (W.D.N.Y. 1996); *Polito v. Hanover Ins. Group, Inc.,* 18-cv-6332-FJS, 2018 WL 3598873 (W.D.N.Y. 2018)

5. In this suit, Plaintiffs allege that they are entitled to payment under a commercial property insurance policy issued by United Specialty Insurance Company. Specifically, Plaintiffs claim at least "$240,964.81 plus interest". **Exhibit A** at ¶38.

6. Additionally, there is complete diversity of citizenship for the purposes of removal.

7. Plaintiff, Allegheny Property Holdings, Inc. is a New York entity with "only principal office and place of business" in New York. **Exhibit A** at ¶1.

8. In contrast, United Specialty Insurance Company Insurance Company is a Delaware corporation with its principal place of business in the State of Texas at 1900 L Don Dodson Drive, Bedford, Texas 76021.

9. Therefore, this Court has diversity jurisdiction as defined by 28 U.S.C. § 1332.

10. United Specialty Insurance Company has not answered, moved, or otherwise responded to the Summons and Complaint. No other proceedings have occurred heretofore in this action and all filings in the State Court Action are attached herein.

11. No previous application for the relief requested herein has heretofore been made.

WHEREFORE, Defendant, United Specialty Insurance Company respectfully requests that this action be removed to the Court.

Dated: New York, New York
       March 17, 2022

**ZELLE LLP**

_____/s/_____

Alexander Cogbill, Esq.
James W. Holbrook III (pro hac vice forthcoming)

*Attorney for Defendant*
United Specialty Insurance Company
45 Broadway, Suite 920
New York, New York 10006
(646) 876-4420
jholbrook@zelle.com
acogbill@zelle.com

<u>Exhibits to Notice of Removal</u>

**Exhibit 1**    Summons and Complaint with Exhibits A-G dated October 11, 2021
**Exhibit 2**    Acknowledgement of Service from Dept. of Fin. Services

<u>Index of Filings In New York State Court Prior to Removal</u>
Chautauqua Supreme Court Index: EK12021001395

- Summons filed October 11, 2021
- Complaint filed October 11, 2021
    - Exhibit A to Complaint filed October 11, 2021
    - Exhibit B to Complaint filed October 11, 2021
    - Exhibit C to Complaint filed October 11, 2021
    - Exhibit D to Complaint filed October 11, 2021
    - Exhibit E to Complaint filed October 11, 2021
    - Exhibit F to Complaint filed October 11, 2021
    - Exhibit G to Complaint filed October 11, 2021
- RJI filed October 11, 2021 (**Exhibit 3**)
- Affidavit of Service filed March 1, 2022 (**Exhibit 4**)