UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Allegheny Property Holdings, Inc

                    Plaintiff(s),             ***MEDIATION CERTIFICATION***

                                                                            22 - cv - 00218

                    v.

United Specialty Insurance Company

                    Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on ___8/8/24___.

    ☑ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.***

***Date:*** 08/08/2024                    ***Mediator:*** /S/ Dan D. Kohane

***Additional Comments:***
Cases only settle if the parties are commited to the process. These parties entered into negotiations in good faith and the matter was resolved.